COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Marcus Williams v. The State of Texas

Appellate case number:    01-18-00152-CR

Trial court case number:   1474264

Trial court:           174th District Court of Harris County

This case was abated and remanded to the trial court based on the failure of counsel, Joe D. Wells, to timely file a brief on appellant's behalf. On November 28, 2018, counsel filed a brief on appellant's behalf. Accordingly, we **REINSTATE** this case on the Court's active docket.

Further, because appellant's brief is filed effective on reinstatement of this case, the State's brief, if any, is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                ⊠ Acting individually    ☐ Acting for the Court

Date:   __January 10, 2019_____